UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA SUE WILSON,

       Plaintiff,

                                  Case No. 13-CV-10158
vs.                                  HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION (#20);
GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#12);
DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#18),
AND REMANDING TO THE COMMISSIONER OF SOCIAL SECURITY

      This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Debra Sue Wilson's claim for judicial review of defendant Commissioner of Social Security's denial of her application for social security disability benefits.  The claim for judicial review was referred to Magistrate Judge Mark Randon, who, on October 17, 2013, issued a 14-page Report and Recommendation recommending that plaintiff's motion for summary judgment be granted, defendant's motion for summary judgment be denied, and that the matter be remanded to the Commissioner for further proceedings to determine: the amount of weight to afford Dr. Quines' February 3, 2011 opinion under the treating physician rule, and whether Dr. Quines' functional limitations should have been included in the hypothetical to the VE.

      No timely objections have been filed by either party.  See 28 U.S.C. § 636(b)(1); E.D. Mich. L.R. 72.1(d).  Having reviewed the Report and Recommendation, the court

hereby ACCEPTS the Report and Recommendation as its own. Plaintiff's motion for summary judgment is hereby GRANTED. Defendant's motion for summary judgment is hereby DENIED. This matter is hereby REMANDED to the Commissioner for further proceedings consistent with the recommendations and analysis set forth in the Report and Recommendation.

    SO ORDERED.

Dated: November 19, 2013

                        s/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 19, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk